UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SAXON on his own behalf and others
similarly situated,

                      Plaintiff,

-vs-                                              Case No.  2:08-cv-127-FtM-99SPC

WEST COAST DRYWALL CONST., INC. a
Florida corporation,

                      Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on the Joint Notice of Filing and Joint Motion for Approval of Amended Settlement Agreement as Stipulated Final Judgment (Doc. #43) filed on September 9, 2008.

      This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. The Parties have reached a settlement agreement and seek court approval of that agreement.  In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. #43), the Parties provide that a settlement of a bona fide good faith dispute was negotiated and is deemed fair and reasonable.

The Joint Motion for Approval of the Amended Settlement Agreement submitted by the Parties (Doc. #43) provides that the Defendants will pay 100% of the Plaintiff's agreed upon settlement sum plus attorney's fees.  The Plaintiff Michael Saxon has agreed to settle his claim for $8,500.00, payable within ten (10) days of the approval of the settlement agreement.  The Plaintiff's Counsel, Morgan & Morgan, P.A., will receive $4,000.00 in fees and costs.   The Settlement Agreement affirms that the "Plaintiff specifically is aware of, and agrees with, the amount of the attorney's fees and costs to be paid to his counsel for representing [his] interests in this matter." (Doc. # 43, Ex. A, ¶ 3).  The Plaintiff, Michael Saxon, agrees the settlement figure was entered into knowingly and voluntarily, after having the opportunity to fully discuss it with Counsel.  The Court, therefore, concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Joint Notice of Filing and Joint Motion for Approval of Amended Settlement Agreement as Stipulated Final Judgment (Doc. #43) should be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal

**Respectfully recommended** at Fort Myers, Florida, this   10th   day of September, 2008.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record