UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL SAXON on his own behalf and
others similarly situated,

        Plaintiff,

vs.                          Case No.  2:08-cv-127-FtM-99SPC

WEST COAST DRYWALL CONST., INC. a
Florida corporation,

        Defendant.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #44), filed September 10, 2008, recommending that the parties' Joint Motion for Approval of Amended Settlement Agreement as Stipulated Final Judgment (Doc. #43) be granted.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and finds the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #44) is hereby **accepted** and **adopted.**

2. The parties' Joint Motion for Approval of Amended Settlement Agreement as Stipulated Final Judgment (Doc. #43) is **GRANTED** and the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #43-2) is approved.

3. The Clerk shall enter judgment dismissing the case with prejudice, except as provided by the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #43-2), terminate all deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of September, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties